**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                           Chapter 13

                           Bankruptcy No. 18-10510-ELF

MATTHEW DURANTE

2418 ANNETO DR

POTTSTOWN, PA 19464-1046

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    MATTHEW DURANTE

    2418 ANNETO DR

    POTTSTOWN, PA 19464-1046

Counsel for debtor(s), by electronic notice only.

    JAMES WILLIAM ZERILLO ESQUIRE
    937 N HANOVER ST

    POTTSTOWN, PA 19464

Date: 4/5/2018

                                             /S/ William C. Miller
                                             _____
                                             William C. Miller, Esquire
                                             Chapter 13 Standing Trustee