# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Matthew Durante<br>    Debtor<br><br>U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)., its successors and/or assigns<br>    Movant<br>  vs.<br><br>Matthew Durante<br>    Debtor<br><br>William C. Miller Esq.<br>    Trustee | CHAPTER 13<br><br><br><br>NO. 18-10510 ELF<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)., which was filed with the Court on or about March 30, 2018 Document No. 34.

                Respectfully submitted,

                **/s/Kevin G. McDonald, Esquire**
                Kevin G. McDonald, Esquire
                kmcdonald@kmllawgroup.com
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                215-627-1322

May 2, 2018