IN THE UNITED STATES BANRUPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

       MATTHEW DURANTE   :   Chapter 13

                Debtor   :   No. 18-10510

                           :   Attorney I.D. No. 40499

## CERTIFICATION OF SERVICE

I, JAMES W. ZERILLO, ESQUIRE, counsel for the Debtor, hereby certify that on May 24, 2018, I caused a true and correct copy of an Amended Chapter 13 Plan to be sent to each of the following interested parties by certified mail or electronically:

Matthew Durante
2418 Anneto Drive
Pottstown, PA 19426

William Miller
United States Trustee
Chapter 13 Trustee
111 South Independence Mall East #583
Philadelphia, PA 19100
USTPRegion03.PH.ECF@usdoj.gov
James W. Zerillo on behalf of Debtor Matthew Durante
jameszerillo@gmail.com, jzerillo@millerzerillolaw.com

All creditors on the claims register.

        By:   /s/ James W. Zerillo, Esquire  
                James W. Zerillo, Esquire  
                Attorney for Debtor  
                937 N. Hanover Street  
                Pottstown, PA 19464  
                (610)326-9333  
                jzerillo@millerzerillolaw.com