IN THE UNITED STATES BANRUPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| MATTHEW DURANTE | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | No. 18-10510 |
| | : | |
| | : | |
| | : | Attorney I.D. No. 40499 |

## CERTIFICATION OF SERVICE

I, JAMES W. ZERILLO, ESQUIRE, counsel for the Debtor, hereby certify that on June 25, 2018, I caused a true and correct copy of an Amended Chapter 13 Plan to be sent to each of the following interested parties by certified mail or electronically:

Matthew Durante
2418 Anneto Drive
Pottstown, PA 19426

William Miller
United States Trustee
Chapter 13 Trustee
111 South Independence Mall East #583
Philadelphia, PA 19100
USTPRegion03.PH.ECF@usdoj.gov
James W. Zerillo on behalf of Debtor Matthew Durante
jameszerillo@gmail.com, jzerillo@millerzerillolaw.com

All creditors on the claims register.

By: /s/ James W. Zerillo, Esquire
James W. Zerillo, Esquire
Attorney for Debtor
937 N. Hanover Street
Pottstown, PA 19464
(610)326-9333
jzerillo@millerzerillolaw.com