**IN THE UNITED STATES BANRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

|  |  |  |
|---|---|---|
| MATTHEW DURANTE | : | Chapter 13 |
|  | : |  |
|  | : | No. 18-10510 |
|  | : |  |
|  | : |  |
|  | : |  |
| Debtor | : | Attorney I.D. No. 40499 |

**APPLICATION FOR APPROVAL OF ATTORNEY'S FEES**

The Application for Approval of Attorney's Fees by James W. Zerillo, Esquire, attorney for the debtor in accordance with Title 11 U.S.C § 329 and National Bankruptcy Rule 2002 (a) (7), 2016 (b) and 2017 (a), respectfully represents as follows:

1.    Matthew Durante filed for relief under provisions of Chapter 13 of the United States Bankruptcy Code on January 29, 2018. The debtor's plan of reorganization was confirmed on July 24, 2018. James W. Zerillo, Esquire ("Counsel") is the attorney of record in the case.

2.    Debtor has previously paid an attorney fee in the amount of Two Thousand One Hundred Ninety Dollars ($2,190.00) for legal representation in this matter.   The fee of Two Thousand One Hundred Ninety Dollars ($2,190.00) covered the attorney's fees associated with counseling of the debtor, the preparation of the Chapter 13 Petition, and schedules, phone calls and consultations with the client, referral for credit counseling, phone calls from creditors who are listed on the

petition, the attendance of Debtor's counsel at the 341 Meeting and the negotiations with various creditors and the Trustee pre-confirmation.

3.   In addition to the services provided as above Counsel has performed or will perform services indicated as follows:

(a) amendments to schedules, Amended Chapter 13 Plan 2.0 hours;

(b) defense of Motion to Dismiss case and research 1.0 hours;

(c) continued representation of debtor through course of plan 3.0 hours;

4.   The debtor's plan provided a payment of an additional One Thousand Eight Hundred Dollars ($1,800.00) through the plan.

5.   Debtor's counsel normally bills at the rate of Two Hundred and Fifty Dollars an hour ($250.00)

Wherefore, Counsel respectfully requests this Court to approve the total attorney's fee in the amount of Three Thousand Nine Hundred Ninety Dollars ($3,990.00) for representation of the debtor in this Bankruptcy proceeding in association with emergency filing and representation of debtor through the 341 Meetings and the termination or the dismissal of the Chapter 13 Plan and for representation subsequent to the 341 Meetings as set forth above.

Respectfully Submitted,

/s/ James W. Zerillo, Esquire
James W. Zerillo, Esquire
937 N. Hanover Street
Pottstown, PA 19464
(610)326-9333/jameszerillo@gmail.com