IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **MATTHEW DURANTE** | : | CHAPTER 13 |
| | : | |
| | : | NO. 18-10510 |
| | : | |
| | : | |
| **DEBTOR** | : | |
| | : | ATTORNEY I.D. NO. 40499 |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

James W. Zerillo, Esquire, attorney to debtors has filed an Application for Approval of Attorney's Fees.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1. If you do not want the Court to grant relief sought in the motion or if you want the Court to consider your views on the motion, then on or before August 14, 2018 you or your attorney must do all of the following:

    (a)   File an answer explaining your position at

Clerk's Office, U.S. Bankruptcy Court
900 Market Street
4th Floor
Suite 400
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)   Mail a copy to the Movant's attorney:

James W. Zerillo, Esquire
937 N. Hanover Street
Pottstown, PA 19464

    2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the motion.

    3. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).