IN THE UNITED STATES BANRUPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| MATTHEW DURANTE | : | Chapter 13 |
| | : | |
| | : | No. 18-10510 |
| | : | |
| | : | |
| | : | |
| Debtor | : | Attorney I.D. No. 40499 |

CERTIFICATION OF SERVICE

I, JAMES W. ZERILLO, ESQUIRE, counsel for the Debtor, hereby certify that on July 24, 2018 I caused a true and correct copy of an Application for Approval of Attorney's Fees and a Notice of Motion, Response Deadline and Hearing Date to be sent to each of the following interested parties by regular first-class mail or electronically:

Matthew Durante
2418 Anneto Drive
Pottstown, PA 19426

Patient First
c/o Receivables Management System
PO Box 8630
Richmond, VA 23226

U.S. Bank National Association
211 North Front Street
Harrisburg, PA 17101

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

```
Capital One Auto Finance
c/o Portfolio Services, LP
4515 N Santa Fe Avenue, Dept. APS
Oklahoma City, OK 73118

LVNV Funding, LLC
FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
```

William C. Miller
United States Trustee
Chapter 13 Trustee
USTPRegion03.PH.ECF@usdoj.gov

/s/ James W. Zerillo, Esquire
James W. Zerillo, Esquire
937 N. Hanover Street
Pottstown, PA 19464
(610)326-9333
jameszerillo@gmail.com