# IN THE UNITED STATES BANRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

|  |  |  |
|---|---|---|
| MATTHEW DURANTE | : | Chapter 13 |
|  | : |  |
|  | : | No. 18-10510 |
|  | : |  |
|  | : |  |
| Debtor | : | Attorney I.D. No. 40499 |

### ORDER GRANTING APPROVAL OF ATTORNEY'S FEES

AND NOW, this _____ day of _____, 2018, upon Notice and Hearing upon the Application for Compensation of Attorney's Fees; it is hereby

**ORDERED** that the Application for Compensation of Attorney's Fees is in the amount of $3,990.00 dollars.

BY THE COURT:

_____
HONORABLE Eric L. Frank

cc:

Matthew Durante

2418 Anneto Drive

Pottstown, PA 19426


Patient First

c/o Receivables Management System

PO Box 8630

Richmond, VA 23226


U.S. Bank National Association

211 North Front Street

Harrisburg, PA 17101


Capital One, N.A.

c/o Becket and Lee LLP

PO Box 3001

Malvern, PA 19355-0701


Capital One Auto Finance

c/o Portfolio Services, LP

4515 N Santa Fe Avenue, Dept. APS

Oklahoma City, OK 73118

LVNV Funding, LLC

FNBM, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603-0587


William C. Miller

Chapter 13 Trustee
United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

James W. Zerillo on behalf of Matthew Durante
jameszerillo@gmail.com