UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In RE:                              :
                                    :
    **MATTHEW DURANTE**              :  Bankruptcy No. 18-10510
                                    :
                                    :
                                    :  Chapter 13
        Debtor                  :
                                    :  Attorney I.D. No. 40499
                                    :
                                    :

**CERTIFICATION OF SERVICE AND CERTIFICATION OF NO RESPONSE**

    I, JAMES W. ZERILLO, ESQUIRE, counsel for the Debtor, hereby certify that on July 24, 2018, Notice was given to all creditors, the debtor, and the trustee that the Debtor filed an Application for Approval of Attorney's Fees.

    None of the above-mentioned parties have filed within twenty (20) days any Answer, Judgment or other responsive pleading, and have failed to file any requests for a hearing.

    /s/ <u>James W. Zerillo, Esquire</u>
    James W. Zerillo, Esquire
    937 North Hanover Street
    Pottstown, PA 19464
    610-326-9333