United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Matthew Durante
       Debtor

Case No. 18-10510-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: JEGilmore      Page 1 of 1      Date Rcvd: Oct 30, 2018
                           Form ID: 167        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2018.
db          Matthew Durante,    2418 Anneto Dr,    Pottstown, PA   19464-1046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 31 2018 02:47:54
           Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
cr          +E-mail/Text: blegal@phfa.org Oct 31 2018 02:42:38      Pennsylvania Housing Finance Agency,    211 North Front Street,    Harrisburg, PA 17101-1406
                                                                                                                        TOTAL: 2

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2018                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2018 at the address(es) listed below:
        JAMES W. ZERILLO    on behalf of Debtor Matthew Durante jameszerillo@gmail.com,    G28910@notify.cincompass.com
        JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance    jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
        KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY). bkgroup@kmllawgroup.com
        LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Matthew Durante
    Debtor(s)                  Case No: 18–10510–elf
                                              Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion for Relief from Stay <i>re: 2013 Volkswagen Passat</i> filed by Creditor Capital One Auto Finance

    on: 11/20/18

    at: 09:30 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

                                               For The Court

Date: 10/30/18                                       Timothy B. McGrath
                                                      Clerk of Court